[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT


No. 97-1855

UNITED STATES,

Appellee,

v.

DANIEL LEWIS,

Defendant, Appellant.



APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

[Hon. Francis J. Boyle, Senior U.S. District Judge] 



Before

Boudin, Stahl and Lynch,
Circuit Judges. 



James L. Sultan, Charles W. Rankin and Rankin & Sultan on brief 
for appellant.
Sheldon Whitehouse, United States Attorney, Margaret E. Curran 
and Gerard B. Sullivan, Assistant United States Attorneys, on brief 
for appellee.



January 26, 1998


Per Curiam. Upon careful review of the briefs and 

record, we conclude that the pat-frisk of defendant was a

permissible search and that district court correctly denied

suppression of the evidence discovered during that search.

We reach this conclusion essentially for the reasons

expressed by the district court in its order dated September

9, 1996. We thus reject defendant's appellate contentions

that the officers lacked a reasonable suspicion grounded in

specific and articulable facts to justify the search and that

the officer conducting the search personally did not possess

such a reasonable suspicion.

Affirmed. See 1st Cir. Loc. R. 27.1. 

-2-